IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD L. LANGFORD,<br><br>      Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL INSURANCE COMPANY,<br><br>      Defendant. | 8:16CV531<br><br>ORDER |

IT IS ORDERED:

1)   Plaintiff's motion, (Filing No. 8), is granted.

2)   Plaintiff's deadline for responding to the Order to Show Cause, (Filing No. 7), is extended to February 7, 2017.

January 23, 2017.

                       BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge