IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOWARD L. LANGFORD,<br><br>            Plaintiff,<br><br>vs.<br><br>PHYSICIANS MUTUAL INSURANCE COMPANY,<br><br>            Defendant. | **8:16CV531**<br><br>**MEMORANDUM AND ORDER** |

     Plaintiff filed his complaint in this case on December 6, 2016. (Filing No. 1). On January 4, 2017, the court ordered Plaintiff to show cause why this case should not be dismissed as duplicative of case no. 8:16cv16. Plaintiff responded to the show cause order (Filing No. 10) and the matter is now pending before the court. Defendant has not yet been served with the complaint.

     Plaintiff has moved to extend his time to serve the complaint until after the court has determined whether this case should be dismissed. (Filing No. 11). Having found good cause for the extension,

     IT IS ORDERED that Plaintiff's motion to extend (Filing No. 11) is granted. If the case is not dismissed, the Plaintiff shall have 30 days from the date of the court's order addressing the potential dismissal of this case in which to serve the defendant.

     Dated this 3rd day of March, 2017.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge